UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

**STANDARD INSURANCE COMPANY**          **CASE NO. 10-276**

**v.**                                  **JUDGE: WALTER**

**LORI PILKINTON,**                     **MAGISTRATE: HORNSBY**
**MAUREEN TOBIN STANLEY**
**MARGARET M. TOBIN, and**
**JOSEPH DAVID TOBIN**

**ORDER**

Upon motion of Defendant, Margaret M. Tobin, for an extension of time to file her answer to Plaintiff's Complaint, until May 26, 2010, the Court finds same is well-taken and should be granted.

It is hereby ORDERED and ADJUDGED that Margaret M. Tobin shall file her answer to Plaintiff's Complaint on or before May 26, 2010.

This the 27 day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE