U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 20 2010

TONY R. M... CLERK
BY_____DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| STANDARD  INSURANCE COMPANY | * | CIVIL ACTION |
| | * | NO.  10-0276 |
| VERSUS | | |
| | * | JUDGE WALTER |
| LORI PILKINTON, MAUREEN TOBIN STANLEY, MARGARET M. TOBIN, AND JOSEPH DAVID TOBIN | * | |
| | * | MAGISTRATE JUDGE HORNSBY |

*     *     *     *     *     *     *     *

## PARTIAL CONSENT JUDGMENT

On or about February 18, 2010, Standard Insurance Company filed a Complaint for

Interpleader under 28 U.S.C. § 1335 naming as defendants Lori Pilkinton, Maureen Tobin

Stanley, Joseph David Tobin, and Margaret M. Tobin, which action was assigned No. 5:10-cv-

00276 on the docket of this Court.  Standard obtained an order from this Court: (1) allowing

Standard to deposit into the registry of the Court a check in the amount of $277,271.84

representing the death benefit payable on the life of Raymond F. Tobin under Standard Group

Accidental Death and Dismemberment Policy no. 641797 ("the Policy"), plus any allowable

interest and (2) enjoining Lori Pilkinton, Maureen Tobin Stanley, Joseph David Tobin, and

Margaret M. Tobin from instituting or prosecuting in any court of this state or the United States

21/13215/D/01

any other action or proceeding relating to the Policy.   All parties have answered Standard's Complaint for Interpleader under 28 U.S.C.  § 1335.

The consent of Standard, appearing through undersigned counsel, and all parties who were named in the Complaint for Interpleader under 28 U.S.C. § 1335 and who have made an appearance in this action being indicated, the Court directs entry of judgment as follows:

IT IS ORDERED, ADJUDGED AND DECREED that Standard be, and it is hereby, discharged from any further liability under the Policy for proceeds payable on the life of Raymond F. Tobin and is dismissed from this action, with prejudice;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Lori Pilkinton, Maureen Tobin Stanley, Joseph David Tobin, and Margaret M. Tobin and their successors and assigns be, and they are, permanently enjoined from instituting or prosecuting any suit or proceeding against Standard in any state or federal court relating to proceeds payable on the life of Raymond F. Tobin under Standard Group Accidental Death and Dismemberment Policy no. 641797.

JUDGMENT READ, RENDERED AND SIGNED at Shreveport, Louisiana, this 20 day

of September, 2010.

_____
JUDGE

We consent to the entry of the
foregoing Consent Judgment:

/s/ Jennifer M. Lawrence
JENNIFER M. LAWRENCE (23829)
VIRGINIA N. RODDY (11367)
Elkins, P.L.C.
201 St. Charles Ave., Ste 4400
New Orleans, LA 70170
Telephone: (504) 529-3600
Telefax: (504) 529-7163
Email: jlawrence@elkinsplc.com

ATTORNEYS FOR STANDARD
INSURANCE COMPANY

/s/ Christina Leigh Carroll
CHRISTINA LEIGH CARROLL (29789)
Robein, Urann, Spencer, Picard, & Cangemi A.P.L.C.
P.O. Box 6768
2540 Severn Ave., Ste 400 (70002)
Metairie, LA 70009-6768
Telephone: (504)885-9994
Telefax: (504) 885-9969
Email: ccarroll@ruspclaw.com

ATTORNEY FOR MARGARET M. TOBIN

21/13215/D/01

/s/ M. Allyn Stroud
M. ALLYN STROUD (14457)
Weiner, Weiss & Madison
333 Texas Street, Ste 2350
P.O. Box 21990
Shreveport, LA 71120-1990
Telephone: (318) 226-9100
Telefax: (318) 424-5128
Email: astroud@wwmlaw.com

ATTORNEY FOR LORI PILKINTON


/s/ Joseph Tobin
JOSEPH TOBIN
705 Quaker Circle
Apt. 6
Lewisberry, PA 17339

PRO SE


/s/ Maureen Tobin Stanley
MAUREEN TOBIN STANLEY
906 Grand View Ave.
Duluth, MN 55812

PRO SE

21/13215/D/01